UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

JOSEPH BLOOMFIELD

                                            Plaintiff,

    v.
                                        Civil Action No.
                                        9:08-cv-619 (GLS/RFT)

BEZALEL WURTZBERGER, MD; JOSE
GONZALEZ, MD; SARA NELSON, MD;
DONALD SAWYER, Acting Executive Director,
CNYPC; ROBERT WOODS, Superintendent

                                          Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**

JOSEPH BLOOMFIELD
Plaintiff *Pro Se*
Last Known Address:
110-51 155th Street
Jamaica, New York 11433

**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN      CHARLES J. QUACKENBUSH,
Attorney General of the                    ESQ.
State of New York                          Assistant Attorney General
The Capitol
Albany, New York 12224-0341

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed January 3, 2011. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed January 3, 2011 (Dkt. No. 51) is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED, that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and it is further

ORDERED, that the Clerk of the court serve a copy of this order upon the parties to this action.

IT IS SO ORDERED.

Dated:   January 26, 2011
         Albany, New York

*Gary L. Sharpe*
U.S. District Judge