**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JOSEPH BLOOMFIELD,**

                           **Plaintiff,**              **9:08-cv-619**
                                                    **(GLS/RFT)**

            **v.**

**BEZALEL WURZBERGER et al.,**

                           **Defendants.**
_____

**APPEARANCES:**                     **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Joseph Bloomfield
Pro Se
110-51 155th Street
Jamaica, NY 11433

**FOR THE DEFENDANTS**:
HON. ERIC T. SCHNEIDERMAN          CHARLES J. QUACKENBUSH
New York State Attorney General    Assistant Attorney General
Albany Office
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Chief Judge**

## MEMORANDUM-DECISION AND ORDER

### I. Introduction

        Plaintiff *pro se* Joseph Bloomfield commenced this action under 42

U.S.C. § 1983 for alleged violations of his constitutional rights.  (*See* Am.

Compl., Dkt. No. 10.)  In a Report-Recommendation and Order (R&R) filed

January 3, 2011, Magistrate Judge Randolph F. Treece recommended that

Bloomfield's Amended Complaint be dismissed pursuant to Fed. R. Civ. P.

41(b).  (*See generally* R&R, Dkt. No. 51.)  On January 26, 2011, the court,

in the absence of any objections from Bloomfield, entered an Order

adopting the R&R.  (*See* Dkt. No. 53.)  However, on February 7, 2011,

Bloomfield filed a letter brief in which he objected to the R&R.  (*See* Dkt.

No. 55.)  Because Bloomfield is *pro se*, the court excuses the untimeliness

of his objection, and as such, conducts the requisite review.  Having found

no errors in its previous Order, (*see* Dkt. No. 53), the court declines to

rescind it.

## II. <u>Standard of Review</u>

Before entering final judgment, this court routinely reviews all report-

recommendation and orders in cases it has referred to a magistrate judge.

If a party has objected to specific elements of the magistrate judge's

findings and recommendations, this court reviews those findings and

recommendations *de novo*.  *See Almonte v. N.Y. State Div. of Parole*, No.

Civ. 904CV484GLS, 2006 WL 149049, at *6-7 (N.D.N.Y. Jan. 18, 2006).

Where no party has filed an objection, only vague or general objections are

made, or a party resubmits the same papers and arguments already considered by the magistrate judge, this court reviews the findings and recommendations of the magistrate judge for clear error. *See id.* at *4-5.

### III. Discussion

Bloomfield's objection, which consists of two sentences, is, at best, a general objection. (*See* Dkt. No. 55.) Though he claims to reside at the address listed on the docket, he offers no justification for his failure to prosecute this action. (*See id.*) And, more importantly, he fails to cite any errors in Judge Treece's R&R. (*See id.*) Thus, having found no clear error in the R&R, the court declines to rescind its previous Order.

### IV. Conclusion

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that this case shall remain closed; and it is further

**ORDERED** that the Clerk provide a copy of this Memorandum-Decision and Order to the parties.

**IT IS SO ORDERED.**

October 9, 2012
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court

3